

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00351-CR

---

SHERIDAN AUDRA MYERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the County Court at Law No. 3
Williamson County, Texas
Trial Court No. 22-03323-3, Honorable Doug Arnold, Presiding

---

November 21, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Sheridan Audra Myers, appeals her conviction for driving while intoxicated.[1]  Pending before this Court is Appellant's motion to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and her attorney.  As no decision of the Court has been delivered,

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.